Treva J. Hearne, Esq.
CA Bar No. 159542
HAGER & HEARNE
245 E. Liberty St., Ste. 450
Reno, NV 89501
Tel: (775) 329-5800
Fax: (775) 329-5819

Paul Quade, Esq.
CA Bar No. 183296
QUADE LAW, LTD.
216 E. Liberty St.
Reno, Nevada  89501
(775) 329-8679
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS STONE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LASSEN; JIM CHAPMAN; ROBERT PYLE; JACK HANSON,<br><br>    Defendants. | Case No. 2:12-cv-01946-MCE-CMK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STATEMENT** |

COMES NOW, TREVA J. HEARNE, ESQ., Counsel for Plaintiff, and KATHLEEN J. WILLIAMS, ESQ., Counsel for Defendants, and hereby stipulate and agree as follows:

1. Pursuant to the Order Requiring Joint Status Report (Doc. 5) dated July 25, 2012, the Joint Status Report in this case is due "within 60 days of service of the Complaint".  The Complaint was served upon all Defendants on

November 19, 2012, therefore the Joint Status Report is due January 18, 2013.

2. On December 10, 2012, Defendants filed their Motion to Dismiss (Doc. 10). A Hearing on the Motion to Dismiss is set for January 24, 2013.

3. The parties agree to an extension of time to file the Joint Status Report until thirty (30) days after the Order on the Motion to Dismiss.

DATED this 27th day of December, 2012.

    /s/ TREVA J. HEARNE
TREVA J. HEARNE, ESQ. #159542
HAGER & HEARNE

PAUL QUADE, ESQ.
CA Bar No. 183296
QUADE LAW, LTD.

*Attorneys for Plaintiff*

DATED this 27th day of December, 2012.

   /s/ KATHLEEN J. WILLIAMS
KATHLEEN J. WILLIAMS, ESQ.
CA Bar No. 127021
WILLIAMS & ASSOCIATES

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated: January 15, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT